**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-6044**

---

RONALD JERRY SAWYER,

                                    Plaintiff - Appellant,

        versus

RONALD J. ANGELONE, Director, VDOC; W. E.
MARTIN; COLIN ANGLICKER; K. L. OSBORNE,
Warden; NURSE HALL,

                                    Defendants - Appellees,

        and

OFFICER THOMAS; LIEUTENANT JOHNSON; G. D.
JOHNSON,

                                    Defendants.

---

Appeal from the United States District Court for the Western Dis-
trict of Virginia, at Roanoke.  Jackson L. Kiser, Chief District
Judge.  (CA-95-657-R)

---

Submitted:  May 16, 1996          Decided:  May 28, 1996

---

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Ronald Jerry Sawyer, Appellant Pro Se.  Mark Ralph Davis, OFFICE
OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia; Richard
Edward Ladd, Jr., PENN, STUART, ESKRIDGE & JONES, Abingdon,
Virginia, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant noted an appeal prior to the district court's action on his motions for default judgment and sanctions. We dismiss the appeal for lack of jurisdiction because there is no appealable order. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (1988), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (1988); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). Appellant does not appeal a final order or an appealable interlocutory or collateral order.

We dismiss the appeal as interlocutory. We further deny Appellant's motion to remand the case and for sanctions against Appellees. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED